UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

In re )
Pacific Far East Lines, Inc., ) Case No. 378-00096
Debtor )

JAN - 6 1997

KEENAN G. CASADY, CLERK
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ORDER FOR PAYMENT
FROM UNCLAIMED FUNDS

The amount of $31,117.06 constituting an unclaimed dividend is declared due to International Tracing Company, Attorney In Fact for Central Insurance Co., Ltd. for reasons stated in the application filed contemporaneously herewith.

ORDERED that the Clerk, U.S. Bankruptcy Court to pay these unclaimed funds to the order of:

    Central Insurance Co., Ltd.
    c/o International Tracing Company
    16300 Chaney
    Stilwell KS 66085-9266

Dated: 1-2-97

United States Bankruptcy Judge
JD

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )
Pacific Far East Lines, Inc., ) Case No. 378-00096
Debtor )

APPLICATION FOR PAYMENT
FROM UNCLAIMED FUNDS

There having been a $31,117.06 dividend check in the above case issued to Central Insurance Co., Ltd., who filed claim number 705 (1000705), and whose address at time of claim was 69 Paoking Road, Taipei, Taiwan, and whose current address is 6, Section 1, Chung Hsiao W. Road, Taipei, Taiwan, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. Section 347(a) of the Bankruptcy Code delivered this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Attached are a power of attorney, a business card of the power of attorney signer, an affidavit by the creditor, the creditor's annual report for 1975 which documents the company address appearing on the proof of claim, a copy of the proof of claim, and a partial copy of the trustee's unclaimed funds list.

Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay these unclaimed funds to the order of:

Central Insurance Co., Ltd.
c/o International Tracing Company
16300 Chaney
Stilwell KS 66085-9266

Respectfully submitted,

Dated: June 16, 1995

_____
John L. Gibbons, Managing Partner
International Tracing Company

Partnership Acknowledgement: Acknowledged before me on 6/16/95 by John L. Gibbons, who states he is a member of International Tracing Company and is authorized to execute this application in its behalf.

_____
Notary Public Signature

Seal: JAMES T. GIBBONS
Notary Public - State of Kansas
My Appt. Exp. 3/15/97



RICHARD M. NEITER (State Bar #33574),
ALAN PEDLAR (State Bar #72216), and
SUSAN R. PURCELL (State Bar #133281), members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
3699 Wilshire Boulevard, Suite 900
Los Angeles, California 90010
Telephone: (213) 251-5100

Attorneys for Successor Trustee
in Bankruptcy

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PACIFIC FAR EAST LINE, INC.,<br>a Delaware corporation,<br><br>        Bankrupt. | Case No. 3-78-0096<br>(Substantively Consolidated)<br>Case No. 3-78-0114<br>Case No. 3-78-0113 |
| In re<br>AMERICAN BEAR STEAMSHIP COMPANY,<br>also known as AMERICAN WHEAT<br>STEAMSHIP COMPANY, a Delaware<br>corporation,<br><br>        Bankrupt. | ORDER APPROVING REPORT OF<br>TRUSTEE IN BANKRUPTCY RE<br>UNCLAIMED DIVIDEND CHECKS<br>PURSUANT TO SECTION 66 OF THE<br>BANKRUPTCY ACT AND FORMER<br>BANKRUPTCY RULE 310;<br>DECLARATION OF FREDERICK S.<br>WYLE IN SUPPORT THEREOF (the<br>"Unclaimed Dividend Report") |
| In re<br>ATLANTIC BEAR STEAMSHIP CO.,<br>also known as APG CORP.,<br>a Delaware corporation,<br><br>        Bankrupt. | [No Hearing Required] |

    AT SAN JOSE, IN SAID DISTRICT, ON THE 28 DAY OF
May, 1993.

    The Court having considered the REPORT OF TRUSTEE IN
BANKRUPTCY RE UNCLAIMED DIVIDEND CHECKS PURSUANT TO SECTION 66 OF

Case: 78-30096    Doc# 3    Filed: 01/06/97    Entered: 09/04/15 14:04:29    Page 3 of 6

AA-0436
A:PFELOrd.pld

THE BANKRUPTCY ACT AND FORMER BANKRUPTCY RULE 310; DECLARATION OF FREDERICK S. WYLE IN SUPPORT THEREOF (the "Unclaimed Dividend Report") which was filed by Frederick S. Wyle, the successor trustee in bankruptcy (the "Trustee") herein, on or about May 28, 1993, wherein the Trustee recited, inter alia, that:

    1. On March 15, 1993, the Trustee caused 1,339 dividend checks totalling $4,611,694 to be mailed to the holders of the allowed, unpaid, pre-bankruptcy, general, unsecured claims against Pacific Far East Line, Inc. ("PFEL") (the "Allowed Unsecured Claims") on March 15, 1993, which represented an 8.81% first and final dividend to the holders of the Allowed Unsecured Claims in accordance with this court's order dated March 11, 1993, approving of the Trustee's APPLICATION FOR (1) AUTHORITY TO PAY A FIRST AND FINAL DIVIDEND TO THE HOLDERS OF ALLOWED PRE-BANKRUPTCY, GENERAL UNSECURED, NON-PRIORITY CLAIMS AND (2) APPROVAL OF CERTAIN PROCEDURES RELATING TO THE CLOSE OF THIS CASE" (the "Dividend Application").

    2. At the end of business on Monday, May 17, 1993, the Trustee instructed his bank to stop payment on the aforedescribed dividend checks which had not then been cashed (the "Unclaimed Dividend Checks"), which checks totalled $450,713.77, and had been issued to those creditors whose names and addresses were designated on Exhibit "B" to the Declaration of Frederick S. Wyle which was filed in conjunction with the Unclaimed Dividend Report. The respective amounts of the Unclaimed Dividend Checks were also listed on Exhibit "B" to said Declaration.

///
///

3. On May 19, 1993, a cashier's check made payable to the Clerk of the Bankruptcy Court in the total amount of the Unclaimed Dividend Checks, i.e., $450,713.77, was delivered by the Trustee to the Clerk of the Bankruptcy Court.

Based on the foregoing and being advised in the premises this Court finds and concludes that the Trustee has complied in all respects with the order of this court entered on March 11, 1993, approving of the Dividend Application.

Therefore, it is hereby

ORDERED, that the Unclaimed Dividend Report be and hereby is approved; and it is further

ORDERED, that the cashier's check delivered by the Trustee to the Clerk of this Court in the amount of $450,713.77, representing the total amount of the Unclaimed Dividend Checks designated in Exhibit "B" to the Trustee's Declaration, shall be deposited by the Clerk of the United States Bankruptcy Court and held as unclaimed dividends for the holders of the Allowed Unsecured Claims identified on Exhibit "B" to the Trustee's Declaration. Said funds may be withdrawn as provided in Title 28, United States Code, Section 2042, and as authorized by section 66 of the Bankruptcy Act of 1898, as amended.

JAMES R. GRUBE
UNITED STATES BANKRUPTCY JUDGE

-3-

# PACIFIC FAR EAST LINE, INC., ET AL.
## Unclaimed Dividend Checks as of May 17, 1993

| Creditor Name and Address | Claim No. | Allowed Claim Amount | Distribution Amount | Check Number |
|---|---|---|---|---|
| CENTRAL BANK LEASING<br>93 First Avenue North<br>Pacheco CA 94553 | 1004084 | 43,069.98 | 3,794.47 | 1253 |
| CENTRAL CONTAINER & CHASSIS SERVICE, INC.<br>440 Banning<br>Wilmington CA 90744 | 1000343 | 15,149.93 | 1,334.71 | 1254 |
| CENTRAL INSURANCE CO., LTD.<br>c/o Fletcher, Rauch & Mahoney<br>1900 Avenue of the Stars<br>Los Angeles CA 90067 | 1000705 | 353,201.61 | 31,117.06 | 1258 |
| CERTIFIED CHARTER BUSES, INC.<br>1537 Bay View Ave.<br>Wilmington CA 90744 | 1000089 | 480.00 | 42.29 | 1260 |
| CHALLENGE COOK BROS.<br>c/o Wm. H. McGee & Co.<br>111 John Street<br>New York NY 10038 | 1000612 | 16,000.00 | 1,409.60 | 1261 |
| CHAMBERLAIN & BUTLER<br>3050 W. 7th Street<br>Los Angeles CA 90005 | 1002289 | 265.54 | 23.39 | 1262 |
| CHANDLER LEASING CORP.<br>105 West Adams<br>Chicago IL 60603 | 1004307 | 191,163.02 | 17,017.66 | 1265 |
| CHANDLER LEASING CORP.<br>105 West Adams<br>Chicago IL 60603 | 1004308 | 12,810.43 | 1,128.60 | 1266 |
| CITY OF LOS ANGELES<br>c/o City Attorney<br>425 S. Palos Verdes<br>San Pedro CA 90731 | 1002308 | 12,244.76 | 1,078.76 | 1284 |
| COASTAL MACH & BOILER WKS INC<br>2332 Silver Oak Circle<br>Palm Springs CA 92264-8630 | 1000190 | 11,916.50 | 1,049.84 | 1289 |
| COASTAL-MIDWEST TRAILER<br>2305 South Paulina<br>Chicago IL 60608 | 1000194 | 115.65 | 10.19 | 1290 |
| COASTAL, INC.<br>P.O. Box 285<br>Cambridge MA 02139 | 1002255 | 2,112.00 | 186.07 | 1291 |